UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-61602-SMITH/REID

BLUE CHIP ALLIANCE, LLC,

    Plaintiff,

v.

CHETU, INC.,

    Defendant.

_____/

## ORDER ON JOINT MOTION TO ALLOW DEPOSITION OF ATMA RAM TRIPATHI BEYOND DISCOVERY DEADLINE

This cause is before the Court on the Parties' Joint Motion to Allow the Deposition of Atma Ram Tripathi Beyond the Discovery Deadline. [ECF No. 77]. The Court has reviewed the Motion and the record. Accordingly, it is **ORDERED** that:

1. The Deposition of Atma Ram Tripathi may be taken beyond the discovery deadline;

2. The deposition of Mr. Tripathi shall take place at the first available mutually agreeable date after September 29, 2023;

3. It shall be the sole burden of Chetu to seek updates on availability from Mr. Tripathi and to notify Blue Chip of the same within twenty-four (24) hours of receiving an available date for his deposition;

4. Absent extraordinary circumstances, which Mr. Tripathi must personally show, the deposition shall take place on or before **November 30, 2023**. Unless the parties agree in writing to the contrary, Blue Chip shall be provided at least seven days' notice prior to the deposition being taken on the agreed date.

**SIGNED** this 2nd day of October, 2023.

LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc: **U.S. District Judge Rodney Smith; and**

**All Counsel of Record**